# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MANNATECH, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| **COUNTRY LIFE, LLC,** | § | |
| **COUNTRY LIFE MANUFACTURING,** | § | **CIVIL ACTION NO. _____** |
| **LLC, EVENBETTERNOW, LLC,** | § | |
| **MICRO HEALTH SOLUTIONS, LLC,** | § | |
| **NEW SUN, INC., OASIS ADVANCED** | § | |
| **WELLNESS, LLC, ROEX, INC.,** | § | |
| **VDF FUTURECEUTICALS, INC.** | § | |
| **and JOHN DOES 1-20,** | § | |
| | § | |
| *Defendants*. | § | |

## DECLARATION OF MARK E. TURK

Mark E. Turk, declarant herein, declares as follows:

1. My name is Mark Edward Turk; I am over the age of twenty-one, and am competent to make this declaration. All of the facts set forth below are true and correct and are based on my personal knowledge.

2. I am an attorney with the law firm of Lynn, Tillotson, Pinker & Cox, LLP, 2100 Ross Ave., Suite 2700, Dallas, Texas 75201.

3. Attached hereto as Exhibit 1 is a true and correct copy of the webpage at http://www.realfoodorganics.com as downloaded on March 10, 2010.

4. Attached hereto as Exhibit 2 is a true and correct copy of the webpage at http://www.realfoodorganics.com/where-to-buy/location.php showing the results of a search for

where to buy Realfood Organics' products within 10 miles of zip code 75201 as downloaded on March 10, 2010.

5. Attached hereto as Exhibit 3 is a true and correct copy of the webpage at http://www.realfoodorganics.com/glyconutrient-complex/ingredients.html as downloaded on March 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Dallas, Texas, this 16th day of March, 2010.

_____
Mark Turk





**EXHIBIT 1**



**EXHIBIT 2**

**WHOLE FOODS PKL**
8190 PARK LANE STE C351
DALLAS, TX 75231
214 750-7311
distance: 7.08 miles
Directions »

**HERB MART - DALLAS**
6464 E. NORTHWEST HWY
MEDALLION SUITE 335
DALLAS, TX 75231
214 370-8120
distance: 7.08 miles
Directions »

**ROY'S NUTRITION CENTER**
130 PRESTON ROYAL CENTER
DALLAS, TX 75230
214 987-0213
distance: 8.04 miles
Directions »

**WHOLE FOODS FST**
11700 PRESTON RD.
SUITE # 714
DALLAS, TX 75230
distance: 8.04 miles
Directions »

**WHOLE FOODS FST**
11700 PRESTON RD.
SUITE # 714
DALLAS, TX 75230
214 361-8887
distance: 8.04 miles
Directions »

**SPROUTS FARMERS MKT # 103**
11722 MARSH LANE
DALLAS, TX 75229
214 350-0574
distance: 8.94 miles
Directions »

Her Daily Nutrition  |  His Daily Nutrition  |  Your Daily Nutrition  |  Ultimate Daily Nutrition  |  Glyconutrient Complex  |  Food from Mineral Complex

What is Realfood?  |  Where to Buy  |  Our Background  |  Press  |  Green Links  |  Contact Us

**EXHIBIT 2**





**EXHIBIT 3**