IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANNATECH, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v | § | CASE NO. 3:10-CV-533-O |
| | § | |
| COUNTRY LIFE, LLC, et al | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER

ON THIS DAY came on to be heard the Unopposed Motion for Extension of Time of Defendant New Sun, Inc. to answer or otherwise respond to Plaintiff's Original Complaint, and the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that New Sun Inc.'s answer or other response to Plaintiff's Original Complaint shall be due on or before May 17, 2010.

**SO ORDERED** on this **15th** day of **April, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**